UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                            CASE NO.: 23-12139
**CHAPTER 13**

**Lawrence Schwab,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LEGACY MORTGAGE ASSET TRUST 2021-GS3("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Aleisha C. Jennings
                                             Aleisha C. Jennings
                                             Email: ajennings@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on March 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LAWRENCE SCHWAB
32 NORTON ROAD
MONMOUTH JUNCTION, NJ 08852

And via electronic mail to:

GILLMAN, BRUTON & CAPONE, LLC
770 AMBOY AVE
EDISON, NJ 08837

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                            By: /s/ Angela Gill