Certificate Number: 05781-NJ-DE-037485179

Bankruptcy Case Number: 23-12139



05781-NJ-DE-037485179

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 5, 2023, at 12:12 o'clock PM PDT, Lawrence Schwab completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 5, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President