Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12139−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lawrence Schwab
   32 Norton Road
   Monmouth Junction, NJ 08852

Social Security No.:
   xxx−xx−2511

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 5, 2023.


Dated: July 5, 2023
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 23-12139-CMG

Lawrence Schwab                                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                User: admin                                        Page 1 of 3

Date Rcvd: Jul 05, 2023                              Form ID: plncf13                                Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence Schwab, 32 Norton Road, Monmouth Junction, NJ 08852-2936 |
| 519911035 | + | ATHOME MEDICAL, 3439 East Ave South, LA CROSSE, WI 54601-7241 |
| 519863082 | + | Kondaur Capital Corp, One City Blvd West, Orange, CA 92868-3639 |
| 519863084 | + | Marci Schwab, 32 Norton Road, Monmouth Junction, NJ 08852-2936 |
| 519863086 | | Netcredit/rb, Attn: Bankruptcy Dept 175 W Jackson Blv, Chicago, IL 60604 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2023 02:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2023 02:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 06 2023 01:58:00 | Legacy Mortgage Asset Trust 2021-GS3, RASC, PLLC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 519863078 | + | Email/Text: backoffice@affirm.com | Jul 06 2023 02:01:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 519867512 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2023 02:03:11 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519929470 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2023 02:02:32 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519863079 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 06 2023 01:58:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519863080 | + | Email/Text: bankruptcy@usecapital.com | Jul 06 2023 02:01:00 | Capital Accounts, Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065 |
| 519863081 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2023 02:02:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519928829 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 06 2023 02:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519910224 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 06 2023 02:01:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 841650250 |
| 519920148 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 02:02:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519868282 | + | Email/Text: RASEBN@raslg.com | | |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Jul 06 2023 01:58:00 | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519863083 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 06 2023 02:01:00 | Legacy Mortgage Asset Trust 2021-OS3, c/o Select Portfolio Servicing Inc., 3217 S. Decker Lake Drive, West Valley City, UT 84119-3284 |
| 519863085 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2023 01:58:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519863087 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 06 2023 01:58:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519882612 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 06 2023 01:58:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519863088 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2023 01:58:00 | PNC Bank National Association, Attn: Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 519929232 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2023 01:58:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519863089 | + | Email/Text: RASEBN@raslg.com | Jul 06 2023 01:58:00 | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON ROAD, SUITE 202, Fairfield, NJ 07004-2927 |
| 519863090 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 06 2023 02:01:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Dept., Po Box 65250, Salt Lake Cty, UT 84165-0250 |
| 519863091 | | Email/Text: bkteam@selenefinance.com | Jul 06 2023 01:59:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 519863092 | | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:02:20 | Syncb/creative Playthi, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519863913 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:02:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519863093 | | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:02:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 519863094 | + | Email/Text: LCI@upstart.com | Jul 06 2023 01:59:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 519871180 | ^ | MEBN | Jul 06 2023 01:54:46 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519863095 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 06 2023 02:02:33 | Wf/home Pr, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 05, 2023 | Form ID: plncf13 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023　　　　　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

**Name**　　　　　　　　　　**Email Address**

Albert Russo
　　　　　　　　　　docs@russotrustee.com

Aleisha Candace Jennings
　　　　　　　　　　on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 ajennings@raslg.com

Denise E. Carlon
　　　　　　　　　　on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman
　　　　　　　　　　on behalf of Debtor Lawrence Schwab ecf@gbclawgroup.com
　　　　　　　　　　GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

U.S. Trustee
　　　　　　　　　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5