Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−12139−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lawrence Schwab
  32 Norton Road
  Monmouth Junction, NJ 08852

Social Security No.:
  xxx−xx−2511

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      8/16/23
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M. Gillman, Debtor's Attorney

COMMISSION OR FEES
Fees: $6,495.00

EXPENSES
$490.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 11, 2023
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12139-CMG |
| Lawrence Schwab | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 11, 2023 | Form ID: 137 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence Schwab, 32 Norton Road, Monmouth Junction, NJ 08852-2936 |
| 519911035 | + | ATHOME MEDICAL, 3439 East Ave South, LA CROSSE, WI 54601-7241 |
| 519863082 | + | Kondaur Capital Corp, One City Blvd West, Orange, CA 92868-3639 |
| 519863084 | + | Marci Schwab, 32 Norton Road, Monmouth Junction, NJ 08852-2936 |
| 519863086 | | Netcredit/rb, Attn: Bankruptcy Dept 175 W Jackson Blv, Chicago, IL 60604 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 11 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 11 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 11 2023 20:58:00 | Legacy Mortgage Asset Trust 2021-GS3, RASC, PLLC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 519863078 | + | Email/Text: backoffice@affirm.com | Jul 11 2023 20:59:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 519867512 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2023 21:07:06 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519929470 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2023 21:07:06 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519863079 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2023 20:58:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519863080 | + | Email/Text: bankruptcy@usecapital.com | Jul 11 2023 20:59:00 | Capital Accounts, Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065 |
| 519863081 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2023 21:07:24 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519928829 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 11 2023 20:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519910224 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2023 20:59:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 841650250 |
| 519920148 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2023 21:17:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519868282 | + | Email/Text: RASEBN@raslg.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 11 2023 20:58:00 | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519863083 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2023 20:59:00 | Legacy Mortgage Asset Trust 2021-OS3, c/o Select Portfolio Servicing Inc., 3217 S. Decker Lake Drive, West Valley City, UT 84119-3284 |
| 519863085 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 11 2023 20:58:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519863087 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 11 2023 20:58:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519882612 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 11 2023 20:58:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519863088 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 11 2023 20:58:00 | PNC Bank National Association, Attn: Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 519929232 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 11 2023 20:58:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519863089 | + | Email/Text: RASEBN@raslg.com | Jul 11 2023 20:58:00 | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON ROAD, SUITE 202, Fairfield, NJ 07004-2927 |
| 519863090 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2023 20:59:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Dept., Po Box 65250, Salt Lake Cty, UT 84165-0250 |
| 519863091 | | Email/Text: bkteam@selenefinance.com | Jul 11 2023 20:58:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 519863092 | | Email/PDF: gecsedi@recoverycorp.com | Jul 11 2023 21:07:36 | Syncb/creative Playthi, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519863913 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 11 2023 21:07:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519863093 | | Email/PDF: gecsedi@recoverycorp.com | Jul 11 2023 21:07:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 519863094 | + | Email/Text: LCI@upstart.com | Jul 11 2023 20:58:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 519871180 | ^ | MEBN | Jul 11 2023 20:57:43 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519863095 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2023 21:07:34 | Wf/home Pr, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 137 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023　　　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Lawrence Schwab ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5