| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-12139 / CMG

Lawrence Schwab

Petition Filed Date: 03/16/2023
341 Hearing Date: 04/20/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | $2,075.00 | 95918490 | 02/20/2024 | $2,075.00 | 96390980 | 03/18/2024 | $2,075.00 | 96875560 |
| 04/29/2024 | $2,075.00 | 97530610 | 06/03/2024 | $2,075.00 | 98013530 | 06/24/2024 | $2,075.00 | 98465430 |
| 07/22/2024 | $2,075.00 | 98913710 | 08/19/2024 | $2,075.00 | 99349920 | 09/30/2024 | $2,075.00 | 99994870 |
| 10/28/2024 | $2,075.00 | 10043625 | 11/25/2024 | $2,075.00 | 10086354 | 12/23/2024 | $2,075.00 | 10129424 |

**Total Receipts for the Period: $24,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,225.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lawrence Schwab | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ATTY DISCLOSURE/ORDER 8/17/23 | Attorney Fees | $3,985.00 | $3,985.00 | $0.00 |
| 1 | UPSTART NETWORK, INC | Unsecured Creditors | $16,499.09 | $0.00 | $16,499.09 |
| 2 | NISSAN-INFINITI LT<br>»» 2020 NISSAN MURANO/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | LEGACY MORTGAGE ASSET TRUST 2021-GS3<br>»» P/32 NORTON RD/1ST MTG | Mortgage Arrears | $53,003.87 | $20,499.89 | $32,503.98 |
| 4 | ATHOME MEDICAL | Unsecured Creditors | $3,317.51 | $0.00 | $3,317.51 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $392.19 | $0.00 | $392.19 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $511.10 | $0.00 | $511.10 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $796.27 | $0.00 | $796.27 |
| 8 | PNC Bank, N.A.<br>»» P/32 NORTON RD/2ND MTG | Mortgage Arrears | $33,224.40 | $12,849.95 | $20,374.45 |
| 9 | ALLY CAPITAL<br>»» 2016 JEEP RENEGADE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12139 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,225.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $37,334.84 | Current Monthly Payment: | $2,075.00 |
| Paid to Trustee: | $3,092.92 | Arrearages: | $0.00 |
| Funds on Hand: | $3,797.24 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

