Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12139−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lawrence Schwab
32 Norton Road
Monmouth Junction, NJ 08852

Social Security No.:
xxx−xx−2511

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/5/25 at 09:00 AM

to consider and act upon the following:

32 − Motion for Relief from Stay re: 32 Norton Road, Monmouth, NJ 08852. Fee Amount $ 199., in addition to Motion for Relief from Co−Debtor Stay of Marci Schwab Filed by Cory Francis Woerner on behalf of Legacy Mortgage Asset Trust 2021−GS3. Hearing scheduled for 4/9/2025 at 09:00 AM, CMG − Courtroom 3, Trenton.. (Attachments: # 1 Certification in Support of Motion # 2 Proposed Order # 3 Statement as to Why No Brief is Necessary # 4 Certificate of Service # 5 Exhibit Part A # 6 Exhibit Part B) (Woerner, Cory)

Dated: 10/10/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court