Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 23−12139−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Lawrence Schwab  
   32 Norton Road  
   Monmouth Junction, NJ 08852

Social Security No.:  
   xxx−xx−2511

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/5/25 at 09:00 AM

to consider and act upon the following:

*32* − Motion for Relief from Stay re: 32 Norton Road, Monmouth, NJ 08852. Fee Amount $ 199., in addition to Motion for Relief from Co−Debtor Stay of Marci Schwab Filed by Cory Francis Woerner on behalf of Legacy Mortgage Asset Trust 2021−GS3. Hearing scheduled for 4/9/2025 at 09:00 AM, CMG − Courtroom 3, Trenton.. (Attachments: # 1 Certification in Support of Motion # 2 Proposed Order # 3 Statement as to Why No Brief is Necessary # 4 Certificate of Service # 5 Exhibit Part A # 6 Exhibit Part B) (Woerner, Cory)

Dated: 10/10/25

                                        Jeanne Naughton  
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-12139-CMG
Lawrence Schwab  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

**Recip ID      Recipient Name and Address**
db          + Lawrence Schwab, 32 Norton Road, Monmouth Junction, NJ 08852-2936

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

**Name**                **Email Address**

Albert Russo
    docs@russotrustee.com

Cory Francis Woerner
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman
    on behalf of Debtor Lawrence Schwab ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Sherri R. Dicks
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 10, 2025 Form ID: ntchrgbk Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6