Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-12139 / CMG**

Lawrence Schwab

Petition Filed Date: 03/16/2023
341 Hearing Date: 04/20/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $2,075.00 | 10169627 | 03/07/2025 | $2,075.00 | | 04/04/2025 | $2,075.00 | |
| 06/02/2025 | $4,150.00 | | 06/27/2025 | $2,075.00 | | 07/30/2025 | $2,075.00 | |
| 08/25/2025 | $2,075.00 | | 10/06/2025 | $2,075.00 | | 11/03/2025 | $2,075.00 | |
| 12/02/2025 | $2,075.00 | | 12/30/2025 | $2,075.00 | | 02/06/2026 | $2,075.00 | |

**Total Receipts for the Period:  $26,975.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $69,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lawrence Schwab | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ATTY DISCLOSURE/ORDER 8/17/23 | Attorney Fees | $3,985.00 | $3,985.00 | $0.00 |
| 1 | UPSTART NETWORK, INC. | Unsecured Creditors | $16,499.09 | $0.00 | $16,499.09 |
| 2 | NISSAN-INFINITI LT<br>»» 2020 NISSAN MURANO/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | LEGACY MORTGAGE ASSET TRUST 2021-GS3<br>»» P/32 NORTON RD/1ST MTG | Mortgage Arrears | $53,003.87 | $35,727.92 | $17,275.95 |
| 4 | ATHOME MEDICAL | Unsecured Creditors | $3,317.51 | $0.00 | $3,317.51 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $392.19 | $0.00 | $392.19 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $511.10 | $0.00 | $511.10 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $796.27 | $0.00 | $796.27 |
| 8 | PNC Bank, N.A.<br>»» P/32 NORTON RD/2ND MTG | Mortgage Arrears | $33,224.40 | $22,395.31 | $10,829.09 |
| 9 | ALLY CAPITAL<br>»» 2016 JEEP RENEGADE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12139 / CMG**

| SUMMARY | | |
|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/19/2026: | | |

| | | | |
|---|---|---|---|
| Total Receipts: | $69,125.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $62,108.23 | Current Monthly Payment: | $2,075.00 |
| Paid to Trustee: | $5,095.32 | Arrearages: | $2,075.00 |
| Funds on Hand: | $1,921.45 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

