UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Cory F. Woerner, Esq. (296702019)

In Re:

**Lawrence Schwab,**

    **Debtor.**

Order Filed on March 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    23-12139-CMG

Chapter:      13

Hearing Date:  November 26, 2025

Judge:    Christine M. Gravelle

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: March 16, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
In re: Schwab, Lawrence \ 23-12139-CMG
Order Resolving Motion for Relief from Stay with Conditions

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of Legacy Mortgage Asset Trust 2021-GS3 ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 32 Norton Road, Monmouth, NJ 08852 (the "Subject Property"), and Justin M Gillman, Esquire representing Lawrence Schwab ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    a. The Debtor is overdue for 7 months from August 1, 2025, to February 1, 2026;

    b. The Debtor is overdue for 7 payment from August 1, 2025, to February 1, 2026, at $3,024.23 per month;

    c. Funds Held In Suspense $2,834.70;

    d. Total Arrearages Due $18,334.91.

2. Debtor must cure all post-petition arrearages, as follows:

    a. Debtor shall remit a payment in the amount of $18,334.91 on or before March 31, 2026;

    b. Beginning on March 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $3,024.23, pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket.

3. Payments to the Secured Creditor shall be made to the following address(es):

    a. Regular monthly payment:        Select Portfolio Servicing, Inc.
                                       Attn: Remittance Processing
                                       P.O. Box 65450
                                       Salt Lake City, UT 84165-0450

    b. Immediate payment:              Select Portfolio Servicing, Inc.
                                       Attn: Remittance Processing
                                       P.O. Box 65450
                                       Salt Lake City, UT 84165-0450

4. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

Page 3
In re: Schwab, Lawrence \ 23-12139-CMG
Order Resolving Motion for Relief from Stay with Conditions

5.  In the event of Default:

   a.  Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   b.  In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   c.  This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

6.  Award of Attorneys' Fees:

   a.  The Applicant is awarded attorney fees of $0.00 and costs of $0.00.

       i.  The fees and costs are payable:

           ✓  Through the Chapter 13 plan.