UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Cory F. Woerner, Esq. (296702019)

In Re:

**Lawrence Schwab,**

　　**Debtor.**

Order Filed on March 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:　23-12139-CMG

Chapter:　13

Hearing Date: November 26, 2025

Judge:　Christine M. Gravelle

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: March 16, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
In re: Schwab, Lawrence \ 23-12139-CMG
Order Resolving Motion for Relief from Stay with Conditions

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of Legacy Mortgage Asset Trust 2021-GS3 ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 32 Norton Road, Monmouth, NJ 08852 (the "Subject Property"), and Justin M Gillman, Esquire representing Lawrence Schwab ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    a. The Debtor is overdue for 7 months from August 1, 2025, to February 1, 2026;

    b. The Debtor is overdue for 7 payment from August 1, 2025, to February 1, 2026, at $3,024.23 per month;

    c. Funds Held In Suspense $2,834.70;

    d. Total Arrearages Due $18,334.91.

2. Debtor must cure all post-petition arrearages, as follows:

    a. Debtor shall remit a payment in the amount of $18,334.91 on or before March 31, 2026;

    b. Beginning on March 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $3,024.23, pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket.

3. Payments to the Secured Creditor shall be made to the following address(es):

    a. Regular monthly payment:   Select Portfolio Servicing, Inc.
                                  Attn: Remittance Processing
                                  P.O. Box 65450
                                  Salt Lake City, UT 84165-0450

    b. Immediate payment:         Select Portfolio Servicing, Inc.
                                  Attn: Remittance Processing
                                  P.O. Box 65450
                                  Salt Lake City, UT 84165-0450

4. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

Page 3
In re: Schwab, Lawrence \ 23-12139-CMG
Order Resolving Motion for Relief from Stay with Conditions

5.  In the event of Default:

   a.  Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   b.  In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   c.  This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

6.  Award of Attorneys' Fees:

   a.  The Applicant is awarded attorney fees of $0.00 and costs of $0.00.

      i.  The fees and costs are payable:

         ✓ Through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-12139-CMG

Lawrence Schwab                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 16, 2026                    Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID                Recipient Name and Address**
db             +  Lawrence Schwab, 32 Norton Road, Monmouth Junction, NJ 08852-2936

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name**                               **Email Address**

Albert Russo

    docs@russotrustee.com

Cory Francis Woerner

    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 cwoerner@raslg.com

Denise E. Carlon

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman

    on behalf of Debtor Lawrence Schwab ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Sherri R. Dicks

    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee

District/off: 0312-3                              User: admin                                          Page 2 of 2
Date Rcvd: Mar 16, 2026                    Form ID: pdf903                              Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6