Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12139−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lawrence Schwab
32 Norton Road
Monmouth Junction, NJ 08852

Social Security No.:
xxx−xx−2511

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/18/26 at 09:00 AM

to consider and act upon the following:

***45*** − Creditor's Certification of Default (related document:39 Order on Motion For Relief From Stay) filed by Cory Francis Woerner on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST. Objection deadline is 10/23/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Woerner, Cory)

Dated: 10/26/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court